IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KUDSK CONSTRUCTION, INC.,
a California Corporation,

    Plaintiff,

v.

FIRST SEALORD SURETY, INC.,
a Pennsylvania Corporation,

    Defendant.

No. C 11-05400 WHA

**ORDER REGARDING NOTICE OF STATE COURT ORDER OF STAY**

Defendant First Sealord Surety, Inc., has submitted a notice, informing the Court of an order from the Commonwealth Court of Pennsylvania, which states that "[u]nless the Liquidator consents thereto in writing," "all [actions] currently pending against First Sealord in the courts of the Commonwealth of Pennsylvania or elsewhere are hereby stayed" (Dkt. No. 15-1 at 7). By **NOON ON MARCH 7, 2012**, both sides shall file statements as to whether or not a state court can stay a federal action and if not whether the request for stay should be honored as a matter of comity. Please also advise how long any stay is likely to last.

**IT IS SO ORDERED.**

Dated: February 29, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE