**United States District Court**
For the Northern District of California

1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT

7

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    KUDSK CONSTRUCTION, INC.,                     No. C 11-05400 WHA
      a California corporation,
11
                    Plaintiff,
12
                                                    **ORDER STAYING ACTION AND**
13        v.                                        **SETTING DATE FOR FURTHER CASE**
                                                    **MANAGEMENT CONFERENCE**
14    FIRST SEALORD SURETY, INC.,
      a Pennsylvania Corporation,
15
                    Defendant.
16    _____/

17          Defendant First Sealord Surety, Inc., filed a notice stating that pursuant to an order from

18    the Commonwealth Court of Pennsylvania, a stay of all proceedings against First Sealord Surety,

19    Inc., was ordered (Dkt. No. 15).  An order issued instructing both parties to file statements as to

20    whether or not a state court can stay a federal action and if not whether the request for stay

21    should be honored as a matter of comity.  The order also instructed the parties to advise how

22    long the stay would last.  Defendant submitted a response.  Plaintiff did not.

23          As a matter of comity, this action will be **STAYED** until **AUGUST 9, 2012**.  A further case

24    management conference will be held at **11 A.M. ON AUGUST 9**.  At that time, if satisfactory

25    progress has not been made in the Pennsylvania proceedings, the Court will consider lifting the

26    stay.  Defendant indicated in its submission that "the Commonwealth Court has . . . directed

27    [plaintiff] to pursue its claims within the proof of claims process in the Commonwealth Court of

28

Pennsylvania" (Dkt. No. 17 at 6–7).  Plaintiff must move with alacrity in prosecuting this action in the Pennsylvania forum.

   **IT IS SO ORDERED.**

Dated:  March 26, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2